THE STATE OF OHIO, APPELLANT, *v.* CHANDLER, APPELLEE.

THE STATE OF OHIO, APPELLANT, V. TATE, APPELLEE.

[Cite as *State v. Chandler,* 103 Ohio St.3d 132, 2004-Ohio-4779.]

(Nos. 2003–0765 and 2003–0766—Submitted July 20, 2004—Decided September 22, 2004.)

{¶ 1} The judgments of the court of appeals are affirmed on the authority of *State v. Brooks,* 103 Ohio St.3d 134, 2004-Ohio-4746, 814 N.E.2d 837.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and O'CONNOR, JJ., concur.

LUNDBERG STRATTON, J., concurs in part and dissents in part.

O'DONNELL, J., dissents.

**LUNDBERG STRATTON, J., concurring in part and dissenting in part.**

{¶ 2} I concur with respect to the finding that pursuant to R.C. 2929.19(B)(5), the trial court is required to deliver the statutorily detailed notifications at the sentencing hearing. However, I continue to disagree with the majority's holding that R.C. 2929.15(B) and 2929.19(B)(5) require the trial court to notify the offender of the *specific* prison term that may be imposed for a violation of the conditions of the sanction as a prerequisite to imposing a prison term on the offender for a later violation. Therefore, I continue to dissent from the application of that holding consistent with my dissenting opinion in *State v. Brooks,* 103 Ohio St.3d 134, 2004-Ohio-4746, 814 N.E.2d 837.

Michael K. Allen, Hamilton County Prosecuting Attorney, and Rebecca L. Collins, Assistant Prosecuting Attorney, for appellant.

Chris McEvilley and Bryan R. Perkins, for appellees.